IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PETER WILSON, | ) | No. C 11-3661 JSW (PR) |
| Petitioner, | ) | **ORDER OF DISMISSAL** |
| vs. | ) | |
| WARDEN, | ) | |
| Respondent. | ) | (Docket no. 4) |

Petitioner filed a pro se petition for a writ of habeas corpus challenging the constitutionality of his state conviction under 28 U.S.C. § 2254. The petition seeks to have the denial of his earlier habeas petition, *Wilson v. Campbell*, No. 06-2242 JSW, reheard by a "full panel" of this Court's judges. There is no procedure for having a "full panel" of this Court's judges rehear the denial of his petition. Reconsideration may be sought from the judge denying the petition pursuant to Rules 59 and 60 of the Federal Rules of Civil Procedure, which Petitioner has done approximately twenty times without success. Petitioner must not file any further motions for reconsideration either in his earlier case or as a new habeas action.

Accordingly, the instant habeas petition is DISMISSED. The motion for a rehearing (docket number 4) is DENIED. The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: August 30, 2011

JEFFREY S. WHITE
United States District Judge

|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | FOR THE |
| | NORTHERN DISTRICT OF CALIFORNIA |

WILSON,

        Plaintiff,

  v.

WARDEN,

        Defendant.
        _____ /

Case Number: CV11-03661 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 30, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Pete Wilson
P.O. Box 5002
D79916
Calipatria, CA 92233

Dated: August 30, 2011

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk